1
2
3
4
5
6
7

JS - 6

8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10
11

DENNIS CARLTON,

12                    Plaintiff,

13        v.

14   THE HERTZ CORPORATION,

15                    Defendant.

16   _____

Case No. CV 12-07178 JGB (MRWx)

**JUDGMENT**

17

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18
19       Pursuant to the Order filed herewith, IT IS ORDERED

20   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

21   WITHOUT PREJUDICE.  The Court orders that such judgment

22   be entered.

23
24
25   Dated:  January 28, 2013     _____
                                          JESUS G. BERNAL
26                                  United States District Judge
27
28